MICHAEL PECTOL, ET. AL.

UNITED STATES

V.

BRENT PECTOL, ET. AL.

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII (OAHU, HONOLULU BLDG)

ORIGINAL

FILED

cc: LEK (RT) / FILER        IFP SUBM.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2022

at 3 o'clock and 15 min. P M
CLERK, U.S. DISTRICT COURT
                          LS

CV22 00223 LEK RT

COVER PAGE

CIVIL & CRIMINAL COMPLAINT

CONTENTS: CRIMINAL COMPLAINT, FEE WAIVER, RELIEF, SUMMARY JUDGEMENT

EVIDENCE AND DOCUMENT REFERENCING.

MAY 16, 2022

HONOLULU, OAHU, HAWAII

MICHAEL PECTOL

COPY

REFERENCE FILE / DOCUMENT CACHE
RE: RUNNING FOR LIFE @ DEATH THREATS ✱

Case 1:22-cv-00076-DKW-KJM   Document 40   Filed 05/02/22   Page 13 of 56   PageID #: 369

| DEFENDANT LIABILIY FORM 1:22-CV-00076 | DKW-KJM | 1 |
| --- | --- | --- |

MICHAEL PECTOL, ET. AL.

ST. AMELIE
PAPEETE, TAHITI
FRENCH POLYNESIA

00076 (HZ-22) ; 00717 (SF-ET.AL.) | FILED

INDEX CATEGORY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 03 2022

at 9 o'clock and 22 min. A M
CLERK, U.S. DISTRICT COURT

° DEFENDANT : BRENT PECTOL, ET. AL.
   ✱ (AND/OR CUSTODIAL PERSONS OF TAJ AND CZAR PECTOL
   (CONFIDENTIAL MINOR PERSONS)).
   ✱ APPLICABLE LAW ENFORCEMENT JURISDICTIONS AND PERSONS
THROUGH WHICH TRAVEL HAS AND WILL BE REQUIRED FOR
RECOVERY/RESCUE OF MINOR CHILDREN. ✱ NOTE : PROOF OF SERVICE
                                          U.S. ATTORNEY GENERALS
EVIDENCE [NOT COLLATED - SOME LABELED]    HONOLULU, HAWAII COURT.

LOCATION INFORMATION : (TO BE COMPLETED) [00717 (S.F.) + 09489 CV/CR];
[SAN JOSE 2 CASES] ; [LOS ANGELES (TEMPLE ST.)] ; U.S.D.C.
  - UNITED STATES COURT(S) WESTERN DIVISION - LOS ANGELES
  - U.S. ATTORNEY GENERALS OFFICES (LOS. ANGELES, S.F.
    HONOLULU)

COMPLAINT : CHILD ABDUCTION, IDENTITY THEFT, OTHER : SEE

RELIEF SOUGHT : CHILD RESCUE (HOSTAGE) ; ASSET(S)
  ACQUISITION (ALL) ; CRIMINAL CHARGES [SEE : SF,
  SAN JOSE] ; MONETARY : $750,000,000.00 USD
THE PLAINTIFF MOVES FOR SUMMARY JUDGEMENT & DISCOVERY.

HONOLULU, OAHU, HI
MAY 16, 2022  2:00 P.M.

MICHAEL PECTOL

MAY 3, 2022 09:20 AM HST/MZL

*Right margin vertical text:*
SAN FRANCISCO USDC 18-00717 & 21-CR/CV-09489 + U.S. ATTORNEY GENERAL FILES
SAN JOSE U.S.D.C. (2 CASES)
LOS ANGELES USDC (2 CASE : 3 + CASES)
OAHU (HAWAII) U.S.D.C.

LOS ANGELES WESTERN DIVISION (2 CASES) + U.S. ATTORNEY GENERAL FILES

EVIDENTIARY DOCUMENTS: [VARIOUS - SOME SORTS REQUIRED - SEE SAN JOSE USDC & LOS ANGELES WESTERN DIVISION FOR CLARITY SOURCED]

✱ SEE MAY 16, 2022  00076 (HAWAII) PAGES 2 & 3 RE:
   DEFENDANT LIST = 18-CV-00717 (ORIGINAL FILE)
   DO NOT USE CLERKS REFERENCE! USE ORIGINAL      27
   FILING FOR DEFENDANT LIST CRIMINAL FILING.