# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL PECTOL | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 22-00223 LEK-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>August 3, 2022<br><br>At 8 o'clock and 52 min a.m.<br>PAM HARTMAN BEYER, CLERK |
| BRENT PECTOL | |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Order Denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs Without Prejudice", ECF No. 11, filed on June 17, 2022.

August 3, 2022                                    PAM HARTMAN BEYER
Date                                              Clerk

                                                  /s/ PAM HARTMAN BEYER by EA
                                                  (By) Deputy Clerk